Jason M. Katz (jkatz@hhdulaw.com)
State Bar No. 24038990
HIERSCHE, HAYWARD, DRAKELEY
  & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
Phone:  (972) 701-7000
Fax:     (972) 701-8765

**LOCAL COUNSEL FOR PLAINTIFF
CRYSTAL MICHELLE PARHAM**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CRYSTAL MICHELLE PARHAM,** | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | **CASE NO. 3:17-cv-02941-N** |
| **DATA SEARCH COLLECTION, INC. d/b/a DATA SEARCH, INC.,** | | |
| Defendant. | | |

**NOTICE OF APPEARANCE ON BEHALF OF
<u>PLAINTIFF CRYSTAL MICHELLE PARHAM</u>**

COME NOW, Jason M. Katz and the law firm of Hiersche, Hayward, Drakeley & Urbach, P.C., and pursuant to Local Rule 83.10(c), hereby enters this Notice of Appearance as counsel of record on behalf of Plaintiff Crystal Michelle Parham, and requests that all papers, notices and other materials pertaining to this matter be directed to their attention at the contact information below:

**Jason M. Katz (jkatz@hhdulaw.com)
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
(972) 701-7086 – Direct
(972) 701-8765 – Fax**

Dated: November 14, 2017  Respectfully submitted:

By: */s/ Jason M. Katz*
Jason M. Katz (jkatz@hhdulaw.com)
State Bar No. 24038990
HIERSCHE, HAYWARD, DRAKELEY
  & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
Telephone:    (972) 701-7000
Facsimile:     (972) 701-8765

**LOCAL COUNSEL FOR PLAINTIFF
CRYSTAL MICHELLE PARHAM**

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 14, 2017, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requesting electronic notification.

*/s/ Jason M. Katz*
Jason M. Katz