UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CRYSTAL MICHELLE PARHAM,** § | |
| Plaintiff § | |
| § | |
| v. § | NO.: 3:17-cv-02941-O |
| § | |
| **DATA SEARCH, INC.,** § | |
| Defendant § | |

## NOTICE OF SETTLEMENT

**TO THE CLERK OF SAID COURT:**

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within sixty (60) days.

DATED this 19th day of June 2018.

Respectfully submitted,

BY: */s/ A. Lee Rigby*
   A. Lee Rigby
   State Bar No. 24029796

**SMITH | ROBERTSON, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
Telecopier: (512) 225-5838
Email: lrigby@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  By my signature above, I hereby certify that on June 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nathan C. Volheim, Esq.<br>
Sulaiman Law Group, Ltd.<br>
2500 Highland Avenue, Suite 200<br>
Lombard, IL 60148<br>
*nvolheim@sulaimanlaw.com*